UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (203-D)

DEFT: KASSIAN SCHULER-ZIMMERMANN(J)#  CASE NO: 22-6481-STRAUSS

AUSA: B LATTA (J. USTYNOSKI DUTY AUSA)  ATTY:

USPO:  VIOL: 21:U.S.C. § 846

PROCEEDING: INITIAL APPEARANCE  RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no  COUNSEL APPOINTED: **CJA: RUBEN GARCIA**

BOND SET @:  To be cosigned by:

- ❏ All standard conditions
- ❏ Do not encumber property.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Electronic Monitoring:
- ❏ Travel extended to:
- ❏ Other:

**SPANISH INTERPRETER REQUESTED**

DEFENDANT PRESENT IN COURT

ADVISED OF CHARGES. REQUEST COURT TO APPOINT COUNSEL. SWORN/TEST FOR COURT APPOINTMENT

FOUND INDIGENT. CJA RUBEN GARCIA APPOINTED.

GOVERNMENT RECOMMENDS PTD

(INS DETAINER IN PLACE)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | MONDAY OCTOBER 24 2022 AT 9 AM DUTY MAGISTRATE | | | |
| **ARRAIGN** OR REMOVAL: | MONDAY OCTOBER 31 2022 AT 11 AM DUTY MAGISTRATE | | | |
| **PRELIM/EXAM HRG** | MONDAY OCTOBER 31 2022 AT 11 AM DUTY MAGISTRATE | | | |

10/17/22  TIME: 11:00 AM  FTL/TAPE/# JMS-  Begin  DAR:

7

[30 MINUTES] *** RECORDED IN COURTROOM 203-D**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 11:27:10-11:55:07